(August 27, 1992)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUELITO FERRERA, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on September 11, 1989, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)

We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Murphy, P. J., Milonas, Rosenberger, Ross and Smith, JJ.